CIVIL CASE # CV 07 5999 MMC (PR)

**FILED**

MAY 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOUR HONOR,

I AM WRITING TO REQUEST AN EXTENTION OF THE DEAD-LINE TO AMEND MY COMPLAINT.

I AM IN THE MIDDLE OF TRIAL ON MY CRIMINAL CASE WHICH STARTED ON 4-28-08. I AM FACING 192 YEARS TO LIFE, SO I MUST SPEND ALL TIME ON THIS CASE.

ALSO, AS ALWAYS, THE DEPT. OF CORRECTION IS MAKING THING DIFFICULT IN THIS CIVIL COMPLAINT. i.e. DELIVERED YOUR ORDER LATE; REFUSE TO ALLOW ME PROPER STATUS TO WORK ON THIS CASE. I ALSO NEED TIME TO ELICIT NAMES NEEDED TO AMEND MY COMPLAINT.

I WILL NEED AT LEAST 90 DAYS TO COMPLETELY INVESTIGATE AND AMEND THIS COMPLAINT.

FROM 5-11-08 TO 8-13-08

THANK YOU
SINCERELY

DATE: 5-6-08.

EDWARD GUTIERREZ, SR.
PLAINTIFF.

EDWARD GUTIERREZ SR.
BG5774 06083690
885 N. SAN PEDRO ST.
SAN JOSE, CA. 951

CIVIL CASE
# CV 07 5999 MMC (PR)

SAN JOSE CA 951
07 MAY 2008 PM 6
USA 41

OFFICE OF THE CLERK U.S. DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102
ATT: HON. MAXINE CHESNEY.

34102+3651